```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------X
AMERICAN HOME MORTGAGE CORP.,
individually and as assignee of Union
Federal Bank of Indianapolis,

                Plaintiff,
                                        ORDER ADOPTING REPORT &
                                        RECOMMENDATION
        -against-                       07-CV-384 (JS)(AKT)

AMERICA'S CHOICE MARKETING, INC.,

                Defendant.
-------------------------------------X
APPEARANCES:
For Plaintiff:      Bruce Seth Goodman, Esq.
                    Mark Zeichner, Esq.
                    Zeichner Ellman & Krauss LLP
                    575 Lexington Avenue
                    New York, NY 10022

For Defendant:      No Appearance
```

SEYBERT, District Judge:

Upon review of the Report and Recommendation ("Report") of Magistrate Judge A. Kathleen Tomlinson issued February 12, 2008, to which no party has objected, the Court hereby ADOPTS the Report in its entirety and orders the entry of a default judgment against Defendant America's Choice Marketing, Inc. in the total amount of $137,496.01, inclusive of principal, interest and costs.

Pursuant to Rule 72 of the Federal Rules of Civil Procedure any objections to the Report were to be filed with the Clerk of the Court within ten days of service of the Report. An affidavit of service has been filed, indicating that Plaintiff served Defendants with a copy of the Report via first class mail on

February 13, 2008. The time for filing objections has expired and no party has objected. Accordingly, all objections are hereby deemed to have been waived.

The Court ADOPTS the Report in its entirety and ORDERS the entry of a default judgment against Defendant America's Choice Marketing, Inc. in the amount of $137,496.01, inclusive of principal, interest and costs. The Clerk of the Court is directed to mark this matter closed.

Plaintiff is directed to serve a copy of this Order on Defendant and file proof of service with the Court.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: Central Islip, New York
March  20 , 2008